**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEORGE LEBER, )<br>)<br>Defendant. ) | CAUSE NO. 2:08-CR-050 |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant George Leber (DE #114) filed on December 10, 2008. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant George Leber, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. § 846.

This matter will be set for sentencing upon further notice of the Court.

**DATED: January 5, 2009**     /s/RUDY LOZANO, Judge
                               **United States District Court**